Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114889 | 1/20/2014 | 44186 |
| Job Date | Case No. | |
| 1/13/2014 | 13-14206-CIV-MARTINEZ-LYNCH | |
| Case Name | | |
| Dena R. Finer, et al Vs. United States of America | | |
| Payment Terms | | |
| Due upon receipt | | |

James C. Wilson
U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
P.O. Box 14271
Washington DC  20044

ORIGINAL & 1 COPY OF THE TECHNICAL DEPOSITION OF:
John D. Caine

1,385.60

TOTAL DUE >>>   $1,385.60

Tax ID:

Phone:    Fax:

*Please detach bottom portion and return with payment.*

James C. Wilson
U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
P.O. Box 14271
Washington DC  20044

Invoice No.   : 114889
Invoice Date  : 1/20/2014
**Total Due**    : $ 1,385.60

Remit To: **worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX  77027**

Job No.     : 44186
BU ID       : 1-HOU
Case No.    : 13-14206-CIV-MARTINEZ-LYNCH
Case Name   : Dena R. Finer, et al Vs. United States of America

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

*1-29-14*
*Finrn*
*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*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114897 | 1/21/2014 | 44187 |
| Job Date | Case No. | |
| 1/14/2014 | 13-14206-CIV-MARTINEZ-LYNCH | |
| Case Name | | |
| Dena R. Finer, et al Vs. United States of America | | |
| Payment Terms | | |
| Due upon receipt | | |

James C. Wilson
U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
P.O. Box 14271
Washington DC 20044

ORIGINAL & 1 COPY OF THE TECHNICAL DEPOSITION OF:
Steven M. McShea

| | | | | |
|---|---|---|---|---|
| | | 205.00 Pages | @ 6.00 | 1,230.00 |
| ADMIN FEE | | | 50.00 | 50.00 |
| E-TRANSCRIPT | | | 26.00 | 26.00 |
| USB Flash Drive | | | 25.00 | 25.00 |
| Exhibits | | 134.00 | @ 0.00 | 0.00 |
| COLOR COPIES | | | 0.00 | 0.00 |
| Exhibit Scanning | | 132.00 | @ 0.15 | 19.80 |
| DELIVERY | | | 40.00 | 40.00 |
| | | TOTAL DUE >>> | | $1,390.80 |

Tax ID

Phone:    Fax:

*Please detach bottom portion and return with payment.*

James C. Wilson
U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
P.O. Box 14271
Washington DC 20044

Invoice No.   : 114897
Invoice Date  : 1/21/2014
**Total Due**  : **$ 1,390.80**

Remit To: **Worldwide Court Reporters, Inc.**
3000 Weslayan, Suite 235
Houston TX 77027

Job No.    : 44187
BU ID      : 1-HOU
Case No.   : 13-14206-CIV-MARTINEZ-LYNCH
Case Name  : Dena R. Finer, et al Vs. United States of America

*(handwritten: 3/1/14, DJ #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)*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67781 | 2/28/2014 | 52735 |

| Job Date | Case No. |
|---|---|
| 2/18/2014 | 13-CV-14206 |

**Case Name**

Finer P/R Estate of Finer, et al -v- United States of America

**Payment Terms**

Due upon receipt

## PLANET DEPOS
We make it » happen.
888.433.3767 | WWW.PLANETDEPOS.COM

Bruce A. Ross, Esquire
U.S. Department of Justice - Torts Branch
Torts Branch, Aviation & Admiralty Section
1425 New York Avenue, NW
Suite 10100
Washington, DC 20005

TRANSCRIPT WITH INDEX OF:
  [redacted]                                       126.00 Pages        371.70
TRANSCRIPT WITH INDEX OF:
  [redacted]                                       191.00 Pages        563.45
    Exhibits Hard Copy B&W                         100.00 Pages         25.00
    Exhibits Hard Copy Color                        26.00 Pages         13.00
    Shipping & Handling                                                 25.00

**TOTAL DUE >>>    $998.15**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*(stamp: I certify that goods/services were received on 3/5/14. Oral purchase was authorized & no confirming order was issued. Branch/Office/Staff Director (Date) Civil Division)*

Tax ID: [redacted]

*Please detach bottom portion and return with payment.*

---

Bruce A. Ross, Esquire
U.S. Department of Justice - Torts Branch
Torts Branch, Aviation & Admiralty Section
1425 New York Avenue, NW
Suite 10100
Washington, DC 20005

| | | | |
|---|---|---|---|
| Job No. | : 52735 | BU ID | : 1-MAIN |
| Case No. | : 13-CV-14206 | | |
| Case Name | : Finer P/R Estate of Finer, et al -v- United States of America | | |
| Invoice No. | : 67781 | Invoice Date | : 2/28/2014 |
| **Total Due** | **: $ 998.15** | | |

**PAYMENT WITH CREDIT CARD**  

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: Planet Depos
          405 East Gude Drive
          Suite 209
          Rockville, MD 20850

# WIERZBICKI COURT REPORTING
# Invoice

Registered Professional Reporters
Suite 801 SunTrust Tower
220 West Garden Street
Pensacola, FL 32502

Phone # 850-433-0801  billing@pensacolacourtreporting.com

**PAID 04/18/2014**

| Bill To | | Date | Invoice # |
|---|---|---|---|
| Bruce A Ross, Esquire<br>U.S. Department of Justice<br>Torts Branch, Civil Division<br>1425 New York Ave., NW, Ste. 10100<br>Washington, D.C. 20005 | | 3/19/2014 | 77225 |

| Contract No. | WCR Job No. | Terms | |
|---|---|---|---|
|  | 67195 | Net 30 | GH/as/ofc/SF |

| Description | Rate | Amount |
|---|---|---|
| 1cc of 268 pages @ $2.50 PP for the video deposition transcript of ▮ ▮ taken on 03/05/2014 | 2.50 | 670.00 |
| 15 Exhibits | 0.25 | 3.75 |
| 44 Exhibits Color | 1.50 | 66.00 |
| Microcopy complimentary | 0.00 | 0.00 |
| CD of same | 15.00 | 15.00 |
| 1 set of 4 MPEG-1 DVD for the deposition of same | 295.00 | 295.00 |
| Priority Mail Postage & Handling | 20.00 | 20.00 |
| Videographer: Steve Ford | | |
| Finer v. USA, 67195, 03/05/2014 | | |
| Thank you for your business, Gina Hawkins | | |

| | | |
|---|---|---|
| | **Total** | $1,069.75 |
| | **Payments/Credits** | -$1,069.75 |
| Have a Wonderful Day! | **Balance Due** | $0.00 |

Federal Tax ID#: ▮

## GRIFFIN AND ASSOCIATES COURT REPORTERS
*2398 EAST CAMELBACK ROAD*
*SUITE 260*
*PHOENIX, AZ 85016*
*PHONE: (602) 264-2230 FAX: (602) 264-2245*
*FED ID# ▮▮▮▮▮*

MR. BRUCE ROSS  
U.S. ATTORNEY'S OFFICE - DC  
1425 NEW YORK AVENUE, NW  
SUITE 10100  
WASHINGTON, DC 20005

June 11, 2015

**Invoice#** 45243A

**Balance:** $.00

**Re:** FINER VS. UNITED STATES OF AMERICA
▮▮▮▮▮
on 05/22/14  Billed 06/03/14
by GRIFFIN AND ASSOCIATES

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: ▮▮▮▮▮ | |
|    TRANSCRIPT - 68 PAGES | 190.40 |
|    ETRAN ONLY ON CD | 24.69 |
|    EXHIBIT REPRODUCTION (NONE) | |
|    HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY (NO CHARGE) | |

"KNOW YOUR RIGHTS PER THE ARIZONA SUPREME COURT
BOARD OF COURT REPORTERS CODE OF CONDUCT ACJA7-206
PROTECT YOUR CLIENT.  REQUEST ITEMIZED INVOICES."

| | |
|---|---|
| Sub Total: | 215.09 |
| - Payments/Credits: | 215.09 |
| **P l e a s e   R e m i t   - - - >**  Total Due: | $.00 |

*THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
*WITHIN 10 DAYS- VISA/MC/AMERCIAN EXPRESS ACCEPTED*

GRIFFIN AND ASSOCIATES COURT REPORTERS  
MAKE CHECK TO: GRIFFIN & ASSOCIATES, LLC  
2398 E. CAMELBACK ROAD, SUITE 260  
PHOENIX, AZ  85016

Invoice# 45243A

Balance$      .00

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 6-30-14

# Sclafani Williams
Court Reporters, Inc.
P.O. Box 24510
Lakeland, FL 33802-4510
Phone: (800) 272-0404  Fax: (863) 688-5064

Job #: 140618NKM
Job Date: 06/18/14
Order Date: 06/18/14
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 341227
Inv.Date: 06/26/14
Balance: $783.50

Bill To:
Mr. James C. Wilson
U.S Department of Justice-Civil Division Torts Bra
Torts Branch
P.O Box 14271
Washington, DC 20044

Action: Finer, Dena/Finer, Robert Est of
vs
United States of America
Action #: 13-cv-14206
Rep: NKM
Cert:

| Item | Proceeding/Witness | Description |
|---|---|---|
| 1 | Dave Briley | Certified Transcript |
| 2 | Dave Briley | Rough ASCII |
| 3 | | ASCII |
| 4 | | Signed Order Acknowledgement |

Comments:
Invoice Breakdown: Certified Transcript $3.50pp 113 pgs $395.50 / Index $3.50 pp 13 pgs $45.50 / Rough ASCII: $2.50 pp 113 pgs $282.50 /ASCII $35.00 / Admin Fees $ 25.00 Total: $783.50
COLLECTION ISSUES WILL BE FILED IN POLK CO. WHERE PAYMENT IS DUE

| | |
|---|---|
| Sub Total | $783.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $783.50 |
| Payment | $0.00 |
| Balance Due | $783.50 |

Federal Tax I.D.: [redacted]
Terms: Net 30 / Late Fees accrued @ 1.5% after

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Mr. James C. Wilson
U.S Department of Justice-Civil Division Torts Bra
Torts Branch
P.O Box 14271
Washington, DC 20044

Deliver To:
Mr. James C. Wilson
U.S Department of Justice-Civil Division Torts Bra
Torts Branch
P.O Box 14271
Washington, DC 20044

# Invoice

Sclafani Williams
Court Reporters, Inc.
P.O. Box 24510
Lakeland, FL 33802-4510

Phone: (800) 272-0404
Fax: (863) 688-5064

Invoice #: 341227
Inv.Date: 06/26/14
Balance: $783.50
Job #: 140618NKM
Job Date: 06/18/14
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Starkings Court Reporting and Video Services, Inc.**
916A Hay Street (28305)
P.O. Box 1345
Fayetteville, NC 28302
(910) 323-4232 Phone   (910) 485-6000 Fax
Starkings@embarqmail.com
www.starkingsreporting.com
Tax ID: ███



7-31-14
DJ# 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

July 29, 2014

James Wilson
U.S. Dept of Justice
Civil Division, Torts Branch
1425 NY Ave. NW, Ste. 10100
Washington, DC 20005

| | Invoice Number |
|---|---|
| | sc 7750 |

**Re:** Finer vs. USA
DepoDate: 7/16/2014
Deponent: ███

| Description of Services | Pgs/Qty | Rate | Extension |
|---|---|---|---|
| Transcript copy   ███ | 98.00 | 1.85 | 181.30 |
| | **Invoice total:** | | **$181.30** |

Payment due upon receipt. Thank you.

Starkings Reporting offers:

Conference Room
Video Services
Video Conferencing
Ascii, Word, WP, PDF

Please visit our website
www.starkingsreporting.com



I certify that goods/services were received on ___ Oral purch___ authorized & no ___ was issued.
By ___
Civil Division Office/Staff Director
(Date) 7/31/14

**TC Reporting, Inc.**
PO Box 1850
Quogue, NY 11959

(516) 795-7444

# Invoice

| Bill To |
|---|
| U.S. Department of Justice Civil Division<br>Tort Branch<br>Attn: Bruce A. Ross, Esq.<br>1425 New York Avenue, N.W., Suite 10100<br>Washington, D.C. 20005 |

| Date | Invoice # |
|---|---|
| 10/22/2014 | 79400 |

| Terms | Reporter | Session Date | Witness | Case Caption |
|---|---|---|---|---|
| **Due on receipt** | ET | 10/1/2014 | Elizabeth Austi | Finer v. USA |

| Pages | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  | Case Caption | Dena R. Finer, et al. V. United States of America |  | 0.00 |
| 3 | Appearance Fee | Appearance Fee ( 10:11 a.m. to 4:55 p.m.) | 60.00 | 180.00 |
| 270 | Original + 1 | *Discounted Rate<br>Transcript: Elizabeth J. Austin, PhD<br>Session: October 1, 2014<br>Location of Depo: New York, NY<br>Ordered by: Orla Brady | 4.75 | 1,282.50 |
|  | Litigation Support | E- Transcript:$50.00<br>Word Index : $15.00<br>Condensed Transcript: $25.00<br>(Supplied On DVD As Per Case Protocol) | 90.00 | 90.00 |
|  | Shipping & Handling | Shipping & Handling | 15.00 | 15.00 |

Please make checks payable to TC Reporting
Tax ID#

INVOICE PAYABLE UPON RECEIPT
PAST 30 DAYS 1.5% per month

| Total | $1,567.50 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,567.50 |

**TC Reporting, Inc.**
PO Box 1850
Quogue, NY 11959

(516) 795-7444

| Bill To |
|---|
| U.S. Department of Justice Civil Division<br>Tort Branch<br>Attn: Bruce A. Ross<br>1425 New York Avenue, N.W., Suite 10100<br>Washington, D.C. 20005 |



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

# Invoice

Finer v. US.

| Date | Invoice # |
|---|---|
| 10/24/2014 | 79418 |

| Terms | Reporter | Session Date | Witness | Case Caption |
|---|---|---|---|---|
| Due on receipt | ET | 10/2/2014 | Jameel Fattah J | Finer v. USA |

| Pages | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Case Caption | Dena R. Finer, et al v. United States of America | | 0.00 |
| 7 | Appearance Fee | Appearance Fee ( 9:52 a.m. to 5:41 p.m.) | 60.00 | 420.00 |
| 1 | Evening Attendance | Evening attendance after 5:00 p.m. | 100.00 | 100.00 |
| 279 | Original + 1 | *Discounted Rate<br>Transcript: Jameel Fattah Joseph<br>Session: 10/02/14<br>Location of Depo: New York, NY<br>Ordered by: Orla Brady | 4.75 | 1,325.25 |
| | Litigation Support | E- Transcript:$50.00<br>Word Index : $15.00<br>Condensed Transcript: $25.00 | 90.00 | 90.00 |
| | Shipping & Handling | Shipping & Handling | 35.00 | 35.00 |

INVOICE PAYABLE UPON RECEIPT
PAST 30 DAYS: 1.5% per month

| | |
|---|---|
| **Total** | $1,970.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,970.25 |